| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| Adrian Gucovschi, Esq.<br>Gucovschi Rozenshteyn, PLLC<br>630 Fifth Avenue Suite 2000<br>New York, NY 10111<br>Telephone No: 212-884-4230<br>Attorney For: Plaintiff | |
| Ref. No. or File No.: 1:24-cv-6205 | |

Insert name of Court, and Judicial District and Branch Court:
USDC Eastern District of New York

Plaintiff: Steve Williams, et al.
Defendant: CD Projekt S.A.

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>1:24-cv-06205-PKC-TAM |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Class Action Complaint

3. a. Party served: CD Projekt S.A.
   b. Person served: Lynanne Gares, Authorized to Accept Service for Corporation Service Company, Agent for Service of Process, authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served: 251 Little Falls Drive, Wilmington, DE 19808

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue, Sep 10 2024 (2) at: 12:30 PM

6. **Person Who Served Papers:**
   a. John Garber
   b. FIRST LEGAL
      3600 Lime Street, Suite 626
      RIVERSIDE, CA 92501
   c. (888) 599-5039

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

9/11/24
(Date)       (Signature)

PROOF OF SERVICE

11764786
(391914)