IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Steve Williams, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOG sp. z o.o.,<br><br>Defendant. | Civil Action No. 1:24-cv-06205 |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Steve Williams, by and through his undersigned counsel of record, hereby dismisses his claims against Defendant GOG sp. zo.o. with prejudice.

Dated: New York, New York
      May 6, 2025

Respectfully submitted,

**GUCOVSCHI ROZENSHTEYN, PLLC**

By: */s/ Adrian Gucovschi*
    Adrian Gucovschi, Esq.

Adrian Gucovschi
140 Broadway, Fl. 46
New York, NY 10005
Tel: (212) 884-4230
adrian@gr-firm.com

*Counsel for Plaintiff*